DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460 |Fax: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*NRT Technologies, Inc.*

## UNITED STATES DISTICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVAN DUQUETTE, | Case No. 2:24-cv-00182-GMN-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NRT TECHNOLOGIES, | |
| Defendant. | |

Plaintiff, STEVAN DUQUETTE ("Plaintiff"), by and through his counsel of record, the law firm Tully Rinckey PLLC, and Defendant NRT TECHNOLOGIES ("Defendant"), by and through its counsel of record, the law firm Jackson Lewis, P.C., pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 10th day of January, 2025.

| TULLY RINCKEY PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Carol Crossett* | /s/ Deverie J. Christensen |
| Carol A. Crossett, Esq., | Deverie J. Christensen, Bar No.6596 |
| *Pro Hac Vice*, NY Bar 4020038 | 300 S. Fourth Street, Suite 900 |
| 420 Lexington Ave, Ste. 1601 | Las Vegas, Nevada 89101 |
| New York, NY 10170 | |
| | *Attorneys for Defendant NRT Technologies, Inc.* |
| *Attorney for Plaintiff Stevan Duquette* | |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: January 10, 2025